Record and Return to:
Doonan, Graves & Longoria
Attn: Janice Geier
100 Cummings Center, 225D
Beverly, Massachusetts 01915

## ASSIGNMENT OF MORTGAGE

Know that, for valuable consideration, **Mortgage Electronic Registration Systems, Inc., as nominee for Countrywide Bank,** whose address is 1818 Library Street, Suite 300, Reston, VA 20190 ("ASSIGNOR"), hereby sells, assigns, and transfers to **BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing LP,** whose address is 5401 North Beach Street, Fort Worth, TX, 76137 ("ASSIGNEE"), the Assignor's interest in a certain note and mortgage made by **Brian Ross** has been given to secure payment of the sum of $161,000.00 and interest, dated October 9, 2007, in **Penobscot** County Registry of Deeds in **Book 11165, Page 132**, describing land therein as:

**38-42 Pier Street, Bangor, Maine 04401**

This assignment is effective as of June 25/2010.

**Mortgage Electronic Registration Systems, Inc., as nominee for Countrywide Bank, Assignor**

Dated: 4/21/2011

By: DEBBIE NIEBLAS
Its: Assistant Secretary

### CORPORATE ACKNOWLEDGMENT

State of _____ )
County of _____ ) ss.

On the ____ day of _____ in the year 20___ before me, the undersigned, personally appeared _____, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument, and that such individual made such appearance before the undersigned in the City of _____, County of _____, in the State of _____.

_____
Notary Public
My commission expires:

See Attached

# ACKNOWLEDGMENT

State of California
County of _____Ventura_____ )

On _April 21, 2011_ before me, __Penny Russo Marchal "notary public"__
(insert name and title of the officer)

personally appeared __Debbie Nieblas_____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _/s/ Penny Marchal_ (Seal)

PENNY RUSSO MARCHAL
Commission # 1849192
Notary Public - California
Los Angeles County
My Comm. Expires May 15, 2013

Aon Brian Ross

PENOBSCOT COUNTY, MAINE
_/s/ Susan F. Bulay_
Register of Deeds

| | This space for Recorder's use | |
|---|---|---|
| | Recording Requested By:<br>**Bank of America, N.A.**<br>Prepared By:<br>**Marcus Jones** | When recorded mail to:<br>CoreLogic<br>450 E. Boundary St.<br>Chapin, SC 29036 |
| Property Address:<br>**38-42 Pier St**<br>**Bangor, ME 04401-6062**<br>Property Location:<br>City of BANGOR | **16001 N. Dallas Pkwy**<br>**Addison, TX 75001** | |

## ASSIGNMENT OF MORTGAGE

For Value Received, the undersigned holder of a Mortgage (herein "Assignor") whose address is **1800 TAPO CANYON ROAD, SIMI VALLEY, CA 93063** does hereby grant, sell, assign, transfer and convey unto **EverBank** whose address is **301 West Bay Street Jacksonville, FL 32202** all beneficial interest under that certain Mortgage described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Mortgage.

| | |
|---|---|
| Original Lender: | **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR COUNTRYWIDE BANK, FSB** |
| Borrower(s): | **BRIAN ROSS** |
| Date of Mortgage: | **10/9/2007** |
| Original Loan Amount: | **$161,000.00** |

Recorded in **Penobscot County, ME** on: **10/16/2007**, book **11165**, page **132** and instrument number **36859**

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Mortgage to be executed on
**7·11·2013**

**Bank of America, N.A.**

By: *Judy A. Laurence*
Judy A. Laurence,
Assistant Vice President

State of TX, County of **Dallas**

On **JUL 1 1 2013**, before me, **Michong Keys**, a Notary Public, personally appeared **Judy A. Laurence**, **Assistant Vice President** of Bank of America, N.A. personally known to me to be the person(s) whose name(s) is/are subscribed to the within document and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the document the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

Notary Public: **Michong Keys**
My Commission Expires: **AUG 1 3 2015**

MICHONG KEYS
Notary Public, State of Texas
My Commission Expires
08/13/2015

PENOBSCOT COUNTY, MAINE

*Susan F. Bulay*
Register of Deeds

RECORDING REQUESTED
AND PREPARED BY:
EverBank
301 W Bay Street
Jacksonville, FL 32202
(800) 669-9721
JOHN WILLIAMS - EVERHOME

And When Recorded Mail To:
Green Tree Servicing LLC
P.O. Box 15008
7360 S. Kyrene Rd, Ste 101
Tempe AZ 85283

_____ above for Recorder's use _____

Customer#: 1   Service ████
Loan#: ████

## ASSIGNMENT OF MORTGAGE

For good and valuable consideration, the sufficiency of which is hereby acknowledged, EVERBANK, 301 WEST BAY STREET, JACKSONVILLE, FL 32202-0000, by these presents does convey, grant, bargain, sell, assign, transfer and set over to: GREEN TREE SERVICING LLC, 7360 SOUTH KYRENE ROAD, T314, TEMPE, AZ 85283-0000, the described Mortgage, with all interest, all liens, and any rights due or to become due thereon. Said Mortgage in the amount of $161,000.00 recorded in the State of MAINE, County of PENOBSCOT Official Records, dated OCTOBER 09, 2007 and recorded on OCTOBER 16, 2007, as Instrument No. 36859, in Book No. 11165, at Page No. 132.
Original Mortgagor: BRIAN ROSS. Original Mortgagee: COUNTRYWIDE BANK, FSB.
Date: APR 2 3 2014
EVERBANK

By: _____
Timothy Simmer, Vice President

State of  FLORIDA        }
County of DUVAL          } ss.

On APR 2 3 2014, before me, Christine C. Mathews, a Notary Public, personally appeared Timothy Simmer , who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of FLORIDA that the foregoing paragraph is true and correct.
Witness my hand and official seal.

_____
(Notary Name): Christine C. Mathews

Notary Public State of Florida
Christine C Mathews
My Commission EE078778
Expires 03/28/2015

PENOBSCOT COUNTY, MAINE

Susan F. Burley
Register of Deeds

3

Record & Return to:
Bendett & McHugh, P.C.
270 Farmington Avenue, Suite 151
Farmington, CT 06032

## ASSIGNMENT OF MORTGAGE

Know all men by these presents, that Ditech Financial LLC FKA Green Tree Servicing LLC with a mailing address of 2100 E. Elliot Rd., Bldg. 94, Mail Stop T325, Tempe, AZ 85284, does hereby grant, bargain, assign, transfer, and set over to FEDERAL NATIONAL MORTGAGE ASSOCIATION with a mailing address of P.O. Box 650043, Dallas, TX 75265 and its successors and assigns, all interest under that certain mortgage to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. as nominee for Countrywide Bank, FSB, from BRIAN ROSS, dated October 9, 2007 and recorded October 16, 2007 in VOLUME 11165 at PAGE 132 of the PENOBSCOT County Registry of Deeds.

**In Witness Whereof**, the Assignor has duly executed this instrument this 25 day of January, 2019

Signed, Stamped and Delivered in the Presence of:

Ditech Financial LLC FKA Green Tree Servicing LLC

By: _____

Ronica Holsinger
Document Execution Representative

STATE OF ARIZONA :
COUNTY OF MARICOPA :

The foregoing instrument was subscribed and sworn to (or affirmed) before me this 25 day of January 2019, by Ronica Holsinger as Document Execution Representative for Ditech Financial LLC FKA Green Tree Servicing LLC. Said person is personally known to me.

_____
Notary Name: Charles Vaughn
Notary Public
My Commission Expires: 02/14/22



CHARLES VAUGHN
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission Expires
February 14, 2022

AOM- 38-42 Pier St., Bangor, ME 04401

SUSAN F. BULAY, REGISTER
PENOBSCOT COUNTY MAINE E-RECORDED

Record & Return to:
Bendett & McHugh, P.C.
270 Farmington Avenue, Suite 151
Farmington, CT 06032

## ASSIGNMENT OF MORTGAGE

Know all men by these presents, that Federal National Mortgage Association with a mailing address of P.O. Box 650043, Dallas, TX 75265, does hereby grant, bargain, assign, transfer, and set over to LOANCARE, LLC with a mailing address of 3637 Sentara Way, Virginia Beach, VA 23452 and its successors and assigns, all interest under that certain mortgage to Mortgage Electronic Registration Systems, Inc. as mortgagee as nominee for Countrywide Bank, FSB., from Brian Ross, dated October 9, 2007 and recorded October 16, 2007 in Book 11165 at Page 132 of the Penobscot County Registry of Deeds.

In Witness Whereof, the Assignor has duly executed this instrument this 24 day of August, 20 19.

Signed and Delivered
in the Presence of:

Federal National Mortgage Association by LoanCare, LLC as attorney in fact under a limited power of attorney

By _____
(Type or Print Name of Executing Party)

Its     **DARCIE LYLE**
    (Title)  **ASSISTANT SECRETARY**

STATE OF **VIRGINIA**
CITY OF **VIRGINIA BEACH**

On this 26th day of August, 2019 personally appeared **DARCIE LYLE**, who is known to me to be the person who executed the foregoing instrument as the **ASSISTANT SECRETARY** (title), of the entity that executed the foregoing instrument, and acknowledged the same to be the free act and deed of said entity, before me.

_____
Notary Public   ASHLEY N. ROUSE
My Commission Expires: 7.31.21

ASHLEY N. ROUSE
Notary Public
Commonwealth of Virginia
Registration No. 7758176
My Commission Expires 7-31-21

SUSAN F. BULAY, REGISTER
PENOBSCOT COUNTY MAINE E-RECORDED